NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 222875
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3172
    Facsimile: (213) 894-0142
    E-mail: Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> $47,680.00 IN U.S. CURRENCY, <br><br> Defendant. | 2:19-cv-08935-PA-JEM <br><br> RESPONSE TO ORDER TO SHOW CAUSE |

On December 30, 2019, the Court issued an Order to Show Cause Re: Dismissal for Lack of Prosecution, ordering the government to show cause, on or before January 9, 2020, why the action should not be dismissed for lack of prosecution. The government provides the following response why the action should not be dismissed:

On October 17, 2019, Plaintiff United States of America commenced this in-rem action for forfeiture against the defendant $47,680.00 in U.S. currency ("defendant currency"). The Supplemental Rules for Certain Admiralty and Maritime Claims govern the procedures and timelines regarding civil forfeiture claims, including when and how the government must provide notice to all potential claimants and when claimants must file a claim to the seized property and answer the complaint seeking forfeiture of the seized property. Rule G(4) requires the government to publish notice. Several options are given, including internet publication on an official government website for at least 30 consecutive days. (Rule G(4)(a)(iv)(C).) If the notice was published and the claimant did not receive direct notice, a claim must be filed no later than 30 days after final publication or 60 days after the first day of publication on an official government website. (Rule G(5)(a)(ii)(B).)

Beginning on October 21, 2019, Notice of Civil Forfeiture was posted on an official government website (www.forfeiture.gov). The notice remained on the website for at least 30 consecutive days. Potential unknown claimants, therefore, had until December 20, 2019 to file a claim to the defendant currency, and still have until January 10, 2020, to file an answer.

<u>Notice Letters to Potential Claimants Khalid Issa, Xavier Rasheed Hicks and Shaqueen Davis</u>

On or about October 25, 2019, the United States sent by certified mail, return receipt requested, a letter to potential claimants Khalid Issa ("Issa"), Xavier Rasheed Hicks ("Hicks") and Shaqueen Davis ("Davis") at last known addresses in Jacksonville, FL. The letters notified Issa, Hicks and Davis of the filing of the Complaint for Forfeiture and enclosed a copy of: (1) the Complaint for Forfeiture; (2) the Notice; and (3) Notice of Assignment to United States Judges. The letters also advised Issa, Hicks and Davis that if they desired to contest the forfeiture of the defendant currency, they had to file a claim in the district court by November 29, 2019, and an answer within 21 days thereafter, *i.e.* by December 20, 2019.

The certified letter to Issa was returned with a sticker that reads "Return to Sender – Attempted – Not Known – Unable to Forward." Accordingly, the government conducted an additional search for Issa's last known addresses on January 2, 2020 that revealed two additional potential addresses for Issa, in addition to the one previously used. On January 3, 2020, additional notice letters were sent to Issa via certified mail and first class mail to the two additional addresses. Pursuant to Rule G (5)(a)(ii)(A), the new deadlines for Issa to file a claim and answer are now February 7, 2020, and February 28, 2020, respectively.

If no claims and answers are filed on or before the last deadline of February 28, 2020, the government will thereafter request entry of default against the interests of all claimants, known and unknown, to the defendant currency.

The government has been diligently prosecuting this case and, therefore, dismissal for lack of prosecution would be improper. Plaintiff respectfully requests that the Order to Show Cause be discharged and plaintiff be allowed to continue to prosecute this matter.

Dated: January 3, 2020

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney

  /s/ Katharine Schonbachler
KATHARINE SCHONBACHLER
Assistant United States Attorney

Attorneys for Plaintiff
United States of America